IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMMIE FAYE LOCKRIDGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1175-O |
| | § | |
| DALLAS COUNTY SCHOOLS, et al., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge filed in accordance with 28 U.S.C. § 636(b)(1). *See* ECF No. 27. Plaintiff's claims against the Defendants are barred by sovereign immunity. The United States Magistrate Judge invited Plaintiff to amend her complaint pursuant to Plaintiff's Rule 15 motion to amend, in order to negate a finding of sovereign immunity, provided Plaintiff filed such an amended complaint within the fourteen days allotted for objections to the Findings and Recommendations of the Magistrate Judge. *See* ECF No. 27. Plaintiff has failed to file an amended pleading or make any other objection.

Accordingly, having reviewed all relevant matters of record in this case, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** on this **6th** day of **January, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**